UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-00584-ODW(PJWx) | Date | April 20, 2015 |
|---|---|---|---|
| Title | Willie Mayora v. Fieldstone Mortgage Investment Trust, Series 2006-1 et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | | None Present |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None Present | | None Present |

**Proceedings:** (IN CHAMBERS)  Order Vacating Hearing on MOTION to Dismiss Complaint **[15]**; MOTION Dismiss Case filed by defendants **[17]**

The hearing on the above-referenced MOTIONS, scheduled for April 27, 2015 at 1:30 P.M., are hereby **VACATED** and taken off calendar.  No appearances are necessary.

The matters stands submitted, and will be decided upon without oral argument. An order will issue.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | se | |